IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| United States Liability Insurance Company | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | Civil Action No.  H-06-3438 |
| Executive Risk Indemnity, Inc. | § | |
| | § | |
| Defendant. | § | |

## ORDER EXTENDING DEFENDANT'S
## DEADLINE TO MOVE, ANSWER, OR OTHERWISE RESPOND

CAME ON TO BE CONSIDERED Motion to Extend Defendant's Deadline to Move, Answer or Otherwise Respond ("Motion") from November 22, 2006 until and including December 13, 2006.

After consideration, the Court finds that the Motion should be GRANTED.  It is therefore ORDERED that Defendant's deadline to move, answer, or otherwise respond to Plaintiff's Original Complaint is extended from November 22, 2006 until and including December 13, 2006.

DATED: *November 28, 2006*

_____
UNITED STATES DISTRICT JUDGE

31226960.1